USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/14/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---x

JOYCE CARRICO, Individually, and On Behalf of All Others Similarly Situated,

      Plaintiff,

vs.

BOXLIGHT, INC.,

      Defendant.

---x

Case No.: 1:22-cv-08652

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Joyce Carrico hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant Boxlight, Inc.

DATED: November 11, 2022

NEMATZADEH PLLC

  /s/ Justin Solomon Nematzadeh
JUSTIN SOLOMON NEMATZADEH

101 Avenue of the Americas
Ste 9th Floor
New York, NY 10013
646-417-8424
Email: jsn@nematlawyers.com

*Attorneys for Plaintiff*

---

Application GRANTED. The Clerk of Court is respectfully directed to terminate this case. The Clerk is further directed to amend the case caption to delete the language "on behalf of all others similarly situated" after the individual Plaintiff's name, as this dismissal is operative only as between individual Plaintiff Joyce Carrico and Defendant Boxlight, Inc.

SO ORDERED.

*[signature]* 11/14/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE